## FOSTER et al. v. VERNON COUNTY, Appellant.

### Division Two, June 6, 1899.

Appeals: NO ABSTRACT.   Where no printed abstract of the pleadings and record has been filed in the Supreme Court, the appeal will be dismissed.

*Appeal from Vernon Circuit Court.*—HON. D. P. STRATTON, Judge.

APPEAL DISMISSED.

D. M. GIBSON for appellant.

W. M. BOWKER for respondents.

Where appellant does not furnish a printed abstract of the pleadings and record, with an index at the end, the court will dismiss the appeal. Murrell v. McGuigan, 49 S. W. 984; Halstead v. Stone, 49 S. W. 850; Rules 11, 12 and 13 of Supreme Court.

Young v. Downey.

BURGESS, J.—This appeal is from a judgment of the circuit court of Vernon county, but no printed abstract of the pleadings and record with or without an index thereto has been filed, as required by rules, 11, 12 and 13, of this court. For this reason we dismiss the appeal. [Murrell v. McGuigan, 148 Mo. 334; Halstead v. Stone, 147 Mo. 649.]

GANTT, P. J., and SHERWOOD, J., concur.